UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TERRELL, DEBRA GRUNDY | ) | CASE NO. 05-62308-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

   On: **October 18, 2007**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                  $20,053.16

   Disbursements                                                                $250.00

   Net Cash Available for Distribution                                       $19,803.16

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $2,755.32 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $0.00 | $2,807.50 | $0.00 |
| JIM LEDUC, Realtor for Trustee | $0.00 | $275.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $13,523.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus post-petition interest of approximately $441.49.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | First Resolution Investment Corpora | $13,523.85 | $13,523.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **September 18, 2007**                                            For the Court,

                                                                By:    **KENNETH S. GARDNER**
                                                                         Kenneth S. Gardner
                                                                         Clerk of the U.S. Bankruptcy Court
                                                                         219 S. Dearborn Street; 7th Floor
                                                                         Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Sep 18, 2007
Case: 05-62308                 Form ID: pdf002          Total Served: 29


The following entities were served by first class mail on Sep 20, 2007.
db           +Debra Grundy-Terrell,    1490 Eastwood Drive,   Aurora, IL 60506-1442
aty          +Michael J. Poulakidas,    Law Office Of Michael Poulakidas,   346 North Lake Street,
               Aurora, IL 60506-4151
aty          +Springer, Brown, Covey, Gaertner & Davis LLC,    Springer, Brown, Covey, Gaertner & Davis,
               232 South Batavia Ave,    Batavia, IL 60510-3169
aty          +Thomas E. Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
10392345     +AMERICAN COLLECTION CO.,    919 W. ESTES,   Schaumburg, IL 60193-4436
10392348     +CARSON PIRIE SCOTT,    140 INDUSTRIAL DRIVE,   Elmhurst, IL 60126-1602
10392349     +CITIBANK,    PO BOX 6405,   The Lakes, NV 88901-6405
10392350      CITICORP CREDIT SERVICES, INC.,    PAYMENT PROCESSING CENTER,   BOX 3136,
               Milwaukee, WI 53201-3136
10392346     +Capital One Bank,    PO Box 85015,   Richmond, VA 23285-5015
10392352     +ERS,    2400 SOUTH WOLF ROAD,   SUITE 200,   Westchester, IL 60154-5625
10392353     +FINGERHUT,    P.O. BOX 7999,   ST. CLOUD, MN 56302-7999
10392354     +FMS INC.,    4915 SOUTH UNION AVE,   Tulsa, OK 74107-7839
11231366     +First Resolution Investment Corporation,    851 Coho Way, Ste 312,    Bellingham, WA 98225-2066
10392355      GC SERVICES,    P.O. BOX 2667 (056),   Houston, TX 77252-2667
10392356     +GMAC,    15303 S 94TH AVE,   Orland Park, IL 60462-3825
10392357      KANE COUNTY COURT,    20 BATAVIA AVENUE,   CASE NUMBER:01 AR 611,    Geneva, IL 60134
10392358     +KCA FINANCIAL,    628 NORTH ST. P.O. BOX 53,   Geneva, IL 60134-0053
10392360     +MIDLAND CREDIT MANAGEMENT, INC`,    125 SOUTH WACKER DRIVE,   Chicago, IL 60606-4424
10392361     +NEWPORT NEWS,    P.O. BOX 9204,   Old Bethpage, NY 11804-9004
10392362      PROVIDIAN,    PAYMENT PROCESSING,   P.O. BOX 660026,    Dallas, TX 75266-0026
10392364      RMS,    260E WENTWORTH AVE,   Saint Paul, MN 55118
10392365     +SBC/AMERITECH,    60663 SBC DR,   Chicago, IL 60663-0002
10392366     +SUPERIOR CREDIT,    P.O. BOX 5789,   Clearwater, FL 33758-5789
10392367      T MOBILE,    P.O. BOX 74256,   Cincinnati, OH 45274-2596
10392368     +TCF NATIONAL BANK,    801 MARQUETTE AVENUE,   Minneapolis, MN 55402-3475
10392370     +VALENTINE,    360 MERRIMACK ST.,   Lawrence, MA 01843-1740

The following entities were served by electronic transmission on Sep 19, 2007.
10392351      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:19:54     DISCOVER,   P.O. BOX 15192,
               Wilmington, DE 19850-5192
10392359      E-mail/PDF: ebn@phinsolutions.com Sep 19 2007 04:15:10     LAW OFFICES OF MITCHELL N. KAY,
               P.O. BOX 2374,   Chicago, IL 60690-2374
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10392347*    +Capital One Bank,    PO Box 85015,   Richmond, VA 23285-5015
10392363*     PROVIDIAN,    PAYMENT PROCESSING,   P.O. BOX 660026,    Dallas, TX 75266-0026
10392369*    +TCF NATIONAL BANK,    801 MARQUETTE AVENUE,   Minneapolis, MN 55402-3475
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**                    **Signature:**    _Joseph Speetjens_